# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 14, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

157705(136)

DEBORAH LYNN FOSTER,
      Plaintiff/Counterdefendant-
      Appellee,

v

RAY JAMES FOSTER,
      Defendant/Counterplaintiff-
      Appellant.
_____/

SC: 157705
COA: 324853
Dickinson CC: 07-015064-DM

On order of the Chief Justice, the second motion of defendant/counterplaintiff-appellant to extend the time for filing his brief is GRANTED. The brief will be accepted as timely filed if submitted on or before February 27, 2019.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 14, 2019



Clerk